UNITED STATES of America, Plaintiff–Appellee,

v.

Robert L. NICHOLS, Jr., a/k/a Robert L. Nicholas, Jr., Defendant–Appellant.

No. 15–6576.

United States Court of Appeals, Fourth Circuit.

Submitted: July 23, 2015.

Decided: July 28, 2015.

Robert L. Nichols, Jr., Appellant Pro Se. Dominick Salvatore Gerace, II, Heather L. Hart, Stephen Wiley Miller, Assistant United States Attorneys, Norman Scott Sacks, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert L. Nichols, Jr., appeals from the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction based on Amendment 782 to the *U.S. Sentencing Guidelines Manual.* We affirm.

The district court properly concluded that it lacked authority to grant a sentence reduction under § 3582(c)(2) because Nichols' Guidelines range was driven by his career offender designation and not by a drug quantity. *See United States v. Munn,* 595 F.3d 183, 187 (4th Cir.2010).

Accordingly, we affirm on the reasoning of the district court. *United States v. Nichols,* No. 3:06–cr–00199–JRS–1 (E.D.Va. filed Mar. 30, 2015; entered Mar. 31, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*